UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ISRAEL R. DOWD and KANDIS G. DOWD,<br><br>         Plaintiffs,<br><br>     v.<br><br>GENERAL MOTORS, LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>         Defendants. | No. 2:23-cv-02948 WBS KJN<br><br>ORDER |

----oo0oo----

On December 22, 2023, the court entered a minute order stating that "the parties are hereby notified that Defendant's Motion to Dismiss is reset for hearing on 2/20/2024 at 01:30 PM in Courtroom 5 (WBS) before Senior Judge William B. Shubb, to be held in person, in open court." (Docket No. 9.)

When the matter was called at the hearing on February 20, 2024, Steven Park appeared for the defendant. Plaintiffs' counsel failed to appear. Efforts by both the clerk and Mr. Park

1

to contact plaintiffs' counsel by telephone and by email were to no avail.  When eventually reached by the clerk, plaintiffs' counsel said he "thought the hearing showed as off-calendar." However, the court's calendar clearly displays this matter as only one of two matters set for 1:30 p.m. on February 20, 2024, and there are no orders on the docket indicating that the matter would not be heard as scheduled.

In light of the foregoing, plaintiff's counsel is HEREBY ORDERED to personally appear before this court on March 4, 2024 at 1:30 p.m. in Courtroom 5 to show cause for why sanctions should not be imposed for failure to comply with the orders of this court, pursuant to Federal Rule of Civil Procedure 41(b) and/or the court's inherent authority, see Chambers v. NASCO, Inc., 501 U.S. 32, 44-46 (1991).  See also E.D. Cal. Local Rule 230(i) ("Absent notice of intent to submit the matter on the briefs, failure to appear may be deemed withdrawal of the motion or of opposition to the motion, in the discretion of the Court, or may result in the imposition of sanctions.").

The hearing on defendant's pending motion to dismiss (Docket No. 5) is HEREBY CONTINUED to March 4, 2024 at 1:30 p.m. in Courtroom 5.  Personal appearances from both parties are required.

IT IS SO ORDERED.

Dated: February 20, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2