UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL R. DOWD and KANDIS G. DOWD,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-02948-WBS-KJN<br><br>*Honorable William B. Shubb*<br><br>**ORDER DISMISSING FRAUD AND UCL CLAIMS (CAL. BUS. & PROF. CODE § 17200)**<br><br>Complaint Filed:  November 9, 2023<br>Removed:             December 18, 2023<br>Trial Date:            Not Set |

1

ORDER TO DISMISS FRAUD AND UCL CLAIMS

**ORDER**

On February 22, 2024, Israel R. Dowd and Kandis G. Dowd ("Plaintiffs") and General Motors LLC ("Defendant" or "GM"), by and through their counsel of record, filed a Stipulation to Dismiss Fraud and UCL Claims (Cal. Bus. & Prof. Code § 17200) ("Stipulation").  Specifically, the Parties stipulated to dismiss with prejudice Plaintiffs' Fourth Cause of Action for Fraud and Fifth Cause of Action for Violation of Business & Professions Code 17200 ("UCL").

Based on the foregoing, the Court, therefore, ORDERS that Plaintiffs' Fourth and Fifth Causes of Action, respectively for Fraud and UCL are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  February 22, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE